UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD C. KREKLAU,

    Plaintiff,

                                    Civil No. 06-1571-HA

    v.

                                    JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Based on the record,

    IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner denying plaintiff Richard C. Kreklau's applications for DIB and SSI benefits is AFFIRMED.

    Dated this __31__ day of March, 2008.

                                                        /s/ ANCER L. HAGGERTY
                                                         ANCER L. HAGGERTY
                                              UNITED STATES DISTRICT JUDGE